In the Matter of the Claim of Henry Dilg, Respondent, against Pyrene Manufacturing Company and Another, Appellants. State Industrial Board, Respondent.— Motion for leave to appeal granted. The court hereby certifies that in its opinion a question of law is involved which ought to be reviewed by the Court of Appeals. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ. [See — App. Div. —.]